UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A. HUNT,

          Plaintiff,

   v.

META/FACEBOOK,

          Defendant.

Case No. 24-cv-01591-SI

**JUDGMENT**

Pursuant to the binding settlement agreement the parties entered into on May 7, 2024, this case has been dismissed with prejudice. Judgment shall be entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 27, 2024

_____
SUSAN ILLSTON
United States District Judge